# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**RUTH ANN JOHNSON,**
**MJRR, LLC,**

    Plaintiff-Appellee,

v.                                               **NO. 29,005**

**ADAM SILVA and**
**ESTELLA SILVA,**

    Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF LUNA COUNTY**
**Gary M. Jeffreys , District Judge**

Hofacket Law Firm, LLC
Jarod K. Hofacket
Deming, NM

for Appellee

Carlos K. Ogden
Deming, NM

for Appellants

## MEMORANDUM OPINION

**CASTILLO, Judge.**

    Defendants appeal from the trial court's order awarding Plaintiffs their attorney

fees pursuant to Rule 1-011 NMRA.  We issued a notice proposing to affirm, and Plaintiffs filed a timely memorandum in support.  Defendants failed to file a response to our notice of proposed summary disposition.  *See Frick v. Veazey*, 116 N.M. 246, 247, 861 P.2d 287, 288 (Ct. App. 1993) (noting that "[f]ailure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice").  Therefore, for the reasons set forth in our notice of proposed summary disposition, we affirm the trial court's order awarding Plaintiffs their attorney fees pursuant to Rule 1-011.  *Frick*, 116 N.M. at 247, 861 P.2d at 288

**IT IS SO ORDERED.**

_____

**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____

**MICHAEL E. VIGIL, Judge**

_____

**LINDA M. VANZI, Judge**